No. 99–5670. COLEMAN v. INDIANA. Sup. Ct. Ind. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Williams* v. *Taylor, ante,* p. 362. ■

No. 99–6862. THOMAS v. EARLEY, ATTORNEY GENERAL OF VIRGINIA, ET AL. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Williams* v. *Taylor, ante,* p. 362. ■

No. D–2141. IN RE DISBARMENT OF MCGILL. Disbarment entered. [For earlier order herein, see 528 U. S. 1150.]

No. D–2142. IN RE DISBARMENT OF GLAZER. Disbarment entered. [For earlier order herein, see 528 U. S. 1150.]

No. D–2144. IN RE DISBARMENT OF BERMAN. Disbarment entered. [For earlier order herein, see 528 U. S. 1150.]

No. D–2145. IN RE DISBARMENT OF MAININI. Disbarment entered. [For earlier order herein, see 528 U. S. 1150.]

No. D–2157. IN RE DISBARMENT OF BAKER. Charles Carter Baker, Jr., of Nashville, Tenn., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2158. IN RE DISBARMENT OF FRESE. Eugene M. Frese, of Minersville, Pa., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2159. IN RE DISBARMENT OF BLACK. Geoffrey Scott Black, of Hampstead, Md., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.